**STATE v. HINES**

[345 N.C. 627 (1997)]

STATE OF NORTH CAROLINA v. EDNA HINES

No. 301PA96

(Filed 7 March 1997)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 122 N.C. App. 545, 471 S.E.2d 109 (1996), finding no error in the judgment entered by Duke, J., at the 3 January 1995 Criminal Session of Superior Court, Hertford County. Heard in the Supreme Court 14 February 1997.

*Michael F. Easley, Attorney General, by Sharon C. Wilson, Associate Attorney General, for the State.*

*Van Winkle, Buck, Wall, Starnes and Davis, P.A., by Michelle Rippon, and Howard C. McGlohon, for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.